No. 615, Misc. WOODS v. RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 616, Misc. TAYLOR v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 620, Misc. FRECCIA v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 621, Misc. BOONE v. MASSACHUSETTS. Supreme Judicial Court of Massachusetts. Certiorari denied.

No. 622, Misc. MILAN v. KENTUCKY ET AL. Court of Appeals of Kentucky. Certiorari denied. Petitioner *pro se. J. D. Buckman, Jr.,* Attorney General, and *Zeb A. Stewart,* Assistant Attorney General, for the State of Kentucky, respondent.

No. 623, Misc. HILL v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 624, Misc. FORD v. DISTRICT OF COLUMBIA. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Albert A. Stern* and *Homer Brooks* for petitioner. *Vernon E. West, Chester H. Gray, Milton D. Korman, Harry L. Walker* and *Hubert B. Pair* for respondent.

No. 625, Misc. DE LORENZO v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Bernard Margolius* for petitioner. *Solicitor General Sobeloff, Assistant At-*